

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00547-CV

———————————————————

KASECH A. WILSON, Appellant

V.

THOMAS R. WILSON, Appellee

---

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV24-1052

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant appealed from the trial court's November 15, 2024 judgment. The trial court subsequently granted Appellant's motion for new trial while the court still had plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

On January 14, 2025, we informed the parties that the trial court's new-trial order rendered this appeal moot, thereby depriving us of jurisdiction, and that the appeal would be dismissed unless, on or before January 24, 2025, any party desiring to continue the appeal filed a response showing grounds to continue it. No party filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 13, 2025